# Exhibit 2



# SUBCONTRACT AGREEMENT

**CONTRACTOR:**

WinTec Arrowmaker, Inc.
12821 Old Fort Road  Suite 302
Fort Washington, Maryland 20744
(301) 203-0774 Voice

(301) 203-8049 FAX

**SUBCONTRACTOR:**

MacAulay Brown, Inc.
4021 Executive Drive
Dayton, OH  45430-1062
(937) 426-3421 Voice

(937) 426-5364  FAX

**SUBCONTRACT NUMBER:**        JTAC-09-02

**WINTEC CONTRACT NUMBER:**    FA0021-09-R-0005

**TYPE OF SUBCONTRACT:**       FFP/Task Order

**SUBCONTRACT VALUE:**         Amount reflected in issued  Task Order

Each party acknowledges having read this entire subcontract agreement and with the full power
and authority to execute this subcontract, agrees to perform with the terms and conditions herein.


*CONTRACTOR*                        *SUBCONTRACTOR*

**WinTec Arrowmaker, Inc.**          **MacAulay Brown, Inc.**

BY:  Alvin B. Bean III_              BY:  Moira Logel

TITLE:  Vice President, Corporate Operations     TITLE:  Sr. Contracts Administrator

DATE:  10 30 09                      DATE:  10/29/09

# SECTION A – TERMS AND CONDITIONS

## A.1.  FORMATION OF THE CONTRACT

This SUBCONTRACT is entered into as of the 1st day of October, 2009 between WinTec Arrowmaker, Inc. (WinTec), a Maryland corporation having an office at 12821 Old Fort Road, Suite 302, Fort Washington, Maryland 20744 (hereinafter also called the "Contractor" or "Buyer") and MacAulay Brown, Inc. (MacB), with offices at 4021 Executive Drive, Dayton, Ohio 45430 (hereinafter also called "Subcontractor"or "Seller.")

In consideration of the mutual promises, covenants, and agreements herein set forth, the Parties agree that the Seller shall furnish and deliver to the Buyer all supplies, and perform all services set forth in the attached Statement of Work, the General and Special Provisions, and other documents or specifications attached thereto or made part of this subcontract by reference herein.

This subcontract supersedes any and all prior agreement of the parties, whether written or oral, concerning the subject matter hereof.

This subcontract shall not be varied in its terms or conditions BY ANY ORAL AGREEMENT OR REPRESENTATIONS, or otherwise than by an instrument in writing of even or subsequent date hereto, executed by BOTH THE SELLER AND BUYER.

In the event of any inconsistency in this subcontract, the inconsistency shall be resolved by giving precedence in the following order:

1. The terms and conditions/ General and Special Provisions—Section A
2. Performance Work Statement—Section C
3. FAR clauses and Flowdown provisions—Section I
4. All other attachments incorporated in this subcontract by reference

This subcontract shall be governed and construed in all respects by Federal contract law as enunciated and applied by federal statutes and regulations and by federal judicial bodies, boards of contract appeals, and other judicial and quasi-judicial agencies of the Federal Government.

The invalidity in whole or in part of any provisions of this subcontract shall not affect the validity of other provisions.  A waiver of a breach of any provisions of this subcontract shall not institute a waiver of any subsequent breach of that provision or a breach of any provisions of this subcontract.  Failure of WinTec to enforce at any time or from time to time any provision of this subcontract shall not be construed as a waiver thereof.

## A.2.  INDEPENDENT CONTRACTOR

The subcontractors relationship to the Buyer in the performance of this subcontract is that of an independent contractor.  The personnel performing services under this subcontractor shall always be under the subcontractor's exclusive direction, control and shall be employees of the subcontractor and not employees of the Buyer.  Subcontractor shall pay all wages, salaries, and

other amounts due its employees in connection with this subcontract and shall be responsible for all reports and obligations respecting them relating to Social Security, Income Tax Withholding, Unemployment Compensations, Workers' Compensation, and similar matters.

Subcontractor shall cover or ensure all of its employees performing services under this subcontract are in compliance with the applicable laws relating to Workers' Compensation or Employees' Liability Insurance.

## A.3.  TECHNICAL DIRECTION

A)  Performance of the work under this subcontract shall be subject to the technical direction of the Program Manager or the Technical Representative.  The technical representative for this subcontract is Mr. Tom Robbins.  The term "Technical Direction" is defined to include, without limitation:

> i)  Direction to the subcontractor that redirects the subcontract effort, shifts work emphasis between work areas and tasks, requires pursuit of certain lines of inquiry, fills details or otherwise serves to accomplish the contractual Performance Work Statement.

> ii) Provisions of written information to the subcontract, which assists in the interpretation of drawings, specifications or technical portions of the work description.

> iii) Review and where required by the subcontract, approval of technical reports, drawings, specifications and technical information to be delivered by the subcontractor to the Government under this subcontract.

B)  Technical Direction must be within the Performance Work Statement stated in the subcontract.  The Program Manager or Technical Representative does not have the authority to, and may not, issue any technical directions which:

> i)  Constitutes an assignment of additional work outside the Performance Work Statement.

> ii)  Constitutes a change as defined in the subcontract clauses entitled "Changes".

> iii) In any manner causes an increase or decrease in the total subcontract cost or the time required for subcontract performance.

> iv) Changes any of the expressed terms, conditions or specification of the subcontract.

> v)  Interferes with the subcontractor's right to perform the terms and conditions of the subcontract.

C) The Program Manager or Technical Representative shall issue all technical directions in writing.

D) The subcontractor shall proceed promptly with the performance of technical directions duly issued by the Program Manager or Technical Representative in the manner prescribed by this article and within his authority under the provisions of this article.   A failure of the parties to agree upon the nature of the direction or upon the contract action to be taken with respect thereto shall be subject to resolution under the disputes clause.

E)  WinTec's President or Vice President, or their designated staff-are the only persons who can legally bind WinTec to any subcontract effort.

## A.4.  FAR CLAUSES/FLOWDOWN PROVISIONS

The Federal Acquisitions Regulations (FAR) and Defense Federal Acquisition Regulations (DFAR) sections listed in Section I are incorporated by reference herein and are made binding under the parties to this agreement.  References to the "Contractor" here shall be deemed to refer to the subcontractor.  References to the "Government, Contracting Officer, or Program Officer" shall be deemed to mean WinTec, Inc., unless the term "Government" clearly implies the U.S. Government.  The rights contained in the clause entitled Audit-Negotiation shall remain solely with the U.S. Government.

## A.5.  AUDIT

Subcontractor agrees that its books, records and its plans or such parts thereof as may be engaged in the performance of this subcontract shall at all reasonable times during the performance thereof and for three (3) years after final payment hereunder, be subjected to inspection and audit by an authorized representative of the Federal Government to determine the correctness of charges.  Each payment therefore made shall be subject to adjustment to the extent of amounts that are found by the government not to have been properly made.

## A.6. CHANGES

WinTec may at any time, by written order, and without notice to the sureties, make changes within the general scope of this subcontract.  Any such changes shall be in accordance with the terms of the applicable Changes clause of the Federal Acquisition Regulation.  However, in order to allow WinTec time to complete its proposal for adjustment, the subcontractor must submit its proposal within 20 days from the date of receipt of the written order unless otherwise granted an extension in writing by WinTec.

## A.7.  STOP WORK ORDER

WinTec may at any time, by written order to the subcontractor, require the subcontractor to stop all, or any part, of the work called out by this subcontract for up to ninety (90) days after the order is delivered to the subcontractor, or for any additional period to which the parties may agree.  Any such order shall be specifically identified as a Stop Work Order issued pursuant to this Article.  Upon receipt of such an order, the subcontractor shall forthwith comply with its

terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage.  Within a period of ninety (90) days after a Stop Work Order is delivered to the subcontractor, or within any extension of that period to which the parties shall have agreed, WinTec shall either:

> Cancel the Stop Work Order, or

> Terminate the work covered by such order as provided in the "Default" or the "Termination of Convenience" articles and clauses of the subcontract.

When a Stop Work Order issued under this Article is canceled in writing, the subcontractor shall resume work.  If the period of the order or any extension thereto merely expires, the subcontractor shall contact WinTec and ask for directions before resuming work or treating the silence as a Termination of Convenience.  An equitable adjustment shall be made in the delivery schedule and/or subcontract price, and the subcontractor shall be modified in writing accordingly, if:

> Stop Work results in an increase in the time required for, or in the subcontractor's costs properly allocable to, the performance of any part of this subcontract, and subcontractor asserts a written claim for such adjustment within twenty (20) days after the end of the period of work stoppage, if WinTec decides that facts justify such action, it may receive and act upon any such claim asserted any time prior to final payment under this subcontract.

If a Stop Work Order is not canceled and that work covered by such order is terminated for either convenience of WinTec and/or the prime contract sponsor, the reasonable costs resulting from the Stop Work Order shall be allowed in arriving at the termination settlement.

If a Stop Work Order is not canceled and that work covered by such order is terminated for default, the reasonable costs resulting from the Stop Work Order shall be allowed by equitable adjustment or otherwise in accordance with the applicable terms of the subcontract.

## A.8.  TERMINATION

WinTec may, at any time, by written notice to the subcontractor, terminate this subcontract in whole or in part either for the convenience of WinTec's contract sponsor or because of the failure of the subcontractor to fulfill its subcontract obligations.  Any such action shall be in accordance with the applicable Termination clauses and the Default clause of the Government Federal Acquisition Regulation. However, to allow WinTec time to complete its final termination settlement proposal, the subcontractor shall submit its proposal promptly but no later than nine (9) months from the effective date of termination unless this period is extended in writing by WinTec.

In no event will payments be made for anticipatory profits or consequential damages because of the termination of this subcontract.  This is in conformance with Federal Government policy as set forth in Federal Acquisitions Regulations (FAR) parts 49.108-3(a) and 49.108-5(a).

**A.9.  DISPUTES**

A) Pending the final resolution of any dispute involving this subcontract, Seller agrees to proceed with performance of this Contract, including the delivery of goods, in accordance with WinTec's instructions.  Within one year Seller shall submit to WinTec's authorized procurement representative, a written demand for WinTec's final decision regarding the disposition of any dispute between the parties related to this subcontract, unless WinTec, on its own initiative, has already rendered such a final decision.  Any WinTec final decision shall be expressly identified as such, shall be in writing, and shall be signed by WinTec's authorized procurement representative.

B) WinTec's final decision shall be conclusive and binding regarding the dispute unless Seller commences an action to contest such decision within ninety (90) days following the date of the final decision or within one (1) year following the act giving rise to the dispute, whichever is later.

C)  Seller shall cooperate fully with WinTec in seeking a resolution to any dispute involving this Contract under the disputes procedure set forth in any applicable Government prime or higher-tier contract.  If WinTec elects to follow such procedures, seller shall be bound by the final outcome of the disputes procedure if:

> i)  Wintec has afforded Seller an opportunity to participate in WinTec's conduct of the dispute: or

> ii)  WinTec, having decided to discontinue its own processing of the dispute has afforded Seller an opportunity to take over such processing completely: provided however, that Seller agrees to inform and notify WinTec as to status and outcome of the dispute processing.

D)  WinTec and Seller shall each bear its own cost of processing any dispute hereunder.

**A.10.  SUBCONTRACTS AND ASSIGNMENTS**

No portion of the work or service, except for the purchase of necessary goods and materials to be supplied hereunder (including the use of consultants), may be subcontracted in whole or in part, nor assigned by the subcontractor, or may assignment of any money due or to become due the subcontractor under this subcontract be made without the prior written consent of WinTec.

The subcontractor shall select all such subcontractors and suppliers on a competitive basis to the maximum practicable extent consistent with the objectives and requirements of the subcontract.

**A.11.  FORCE MAJEURE**

No party to this subcontract is responsible to the other party for non performance or delay in performance of the terms and conditions herein due to acts of God, acts of government, wars, riots, strikes, accidents in transportation, fuel or materials shortages, or other causes beyond the

control of the parties that could not have been reasonably foreseen or prevented. Should such acts or events occur, it is agreed that both parties shall use their best efforts to overcome all difficulties and to resume work as soon as reasonably possible.

## A.12. NOTICE OR DEBARMENT/SUSPENSION

The subcontractor shall provide written notice within thirty (30) days to WinTec's Vice President in the event of being suspended, debarred or declared ineligible by any agency or department of the U.S. Government, or upon receipt of a notice of proposed debarment from any Department of Defense (DoD) agency during the performance of this subcontract.

## A.13. COMPLIANCE WITH LAWS/CONFLICT OF INTEREST

The subcontractor agrees to comply with all applicable laws and regulations of the Untied States Government, the state, or any political subdivision thereof.

In addition to the forgoing, the subcontractor agrees to comply with all Federal and State Conflict of Interest laws, regulations, and provisions, including, but not limited to 10 U.S. C. S. 2397 that applies to former DoD civilian and military personnel, which may apply to the subcontractor, the subcontractor's employees, or the work performed by the subcontractor under this subcontract. The subcontractor shall provide WinTec with information, documentation and execute such papers as will demonstrate the subcontractor's compliance with said laws, regulations, and provisions prior to execution of the subcontract. The subcontractor will provide WinTec with additional assistance, if requested, to enable WinTec to comply with said laws, regulations, and provisions.

## A.14. DATA

A) The subcontractor agrees to maintain (in sufficient detail as will properly reflect all work done and results achieved in the performance of this subcontract) books, records, reports, research notes, charts, graphs, comments, computations, analyses, recordings, photographs, computer programs, and documentation thereof, computer information storage media, samples of materials, and other graphic or written data generated in connection with the work (the "Data"). For purpose of this article "Data" shall not include subcontractor accounting data, information, and records, nor shall it include proprietary information as defined below.

B) Except as otherwise authorized in writing by WinTec, the subcontractor will insert in all lower tier subcontractors provisions making this article applicable to all lower tier subcontractors and their employees. The same requirement applies to FAR clauses' 52.227-02, "Notice and Assistance Regarding Patent and Copyright Infringement".

C) WinTec and/or its prime contract client may publish, reproduce, distribute, and use all or part of the Data, in any manner and for any purpose, without limitation, and may authorize others to do the same. The subcontractor agrees that it will not assert any copyright at common law in equity and will not establish any claim to a statutory copyright on any Data. Prior to disclosure to the public by WinTec or its prime contract, the subcontractor agrees not to publish or make available to others, except representatives of WinTec and/or its prime contract claim, any Data or

any information concerning Data without notifying the WinTec Technical Representative and subcontracts office and allowing sixty (60) days for response, subject however, to the provisions regarding any patent approval set forth elsewhere in the subcontract.  However, the subcontractor may retain copies of any report submitted pursuant to this subcontract and prior to any publish disclosure use the information contained in such reports in its internal operations.

D)  WinTec considers the reports to be delivered to WinTec to be a unique compilation of data. Subcontractor shall not use reports generated for this subcontract for any other purpose and shall certify at the end of this program that reports submitted to WinTec will not be published, reproduced, or distributed in any manner, and subcontractor shall not authorize others to do so. This restriction shall apply for three (3) years from the end of the subcontract, unless WinTec provides written approval to the subcontractor upon subcontractor's request for some exception to this requirement.

# SECTION B – SUPPLIES/SERVICES AND PRICES/COST

## B.1.  SCOPE OF WORK

The subcontractor shall furnish the necessary personnel, materials, facilities, and other services as may be required to perform the work set forth in the Statement of Work, Section C which is incorporated herein by reference.

## B.2.  TERMS OF CONTRACT

The subcontractor shall provide services required by specific task descriptions/requirements contained in each Task Order issued during the duration of subcontract.  This is an Firm Fixed Price (FFP) Labor with reimbursable Other Direct Cost (ODC)  type subcontract.  Task orders will be awarded on a Firm Fixed Price basis.  Task orders will be issued for each contract year (i.e. Year 1, Year 2, etc.).

**This subcontract** will remain unpriced.  Each Task Order will be defined and issued to Seller as a request for proposal and Seller will respond with a technical and cost proposal.  Upon acceptance, WinTec will then issue an approved task order specifically outlining the cost structure, period of performance and deliverables.

The term of the subcontract is from September 28, 2009 through September 27, 2014.

| | |
|---|---|
| Year 1 | September 28, 2009 thru September 27, 2010 |
| Year 2 | September 28, 2010 thru September 27, 2011 |
| Year 3 | September 28, 2011 thru September 27, 2012 |
| Year 4 | September 28, 2012 thru September 27, 2013 |
| Year 5 | September 28, 2013 thru September 27, 2014 |

The subcontractor agrees to travel in accordance with the Department of Defenses' Joint Travel Regulations, if and when if travel is required.  Advanced written approval by WinTec's Program Manager is required prior to travel.  No expenditures under this subcontract are authorized except as specified.

# SECTION C – DESCRIPTIONS/SPECIFICATIONS/STATEMENT OF WORK

## C.1.  SPECIFICATION

Work required by Task Order shall be performed in accordance with the AFSOC JTAC/SUAS Program Management Perfpormance Work Statement (PWS) (Attachment 1) for Program Management Services and other attachments documents and exhibits listed in Section J.

## C.2.  SCHEDULE

These services shall be provided within the period of performance designated within the constraints of each Delivery Order and shall occur within the period of performance of WinTec's prime contract with AFSOC.

## C.3.  DELIVERABLES

As specified in each specific Delivery Order.  Monthly reports detailing activities and cost incurred shall be provided to WinTec by the 7th of each month.  Electronic versions will be emailed to Mr. Tom Robbins at robbinst@arrowmaker.com.

# SECTION D – PACKAGING AND MARKING

## D.1.  TRANSMITTING CLASSIFIED MATERIAL

Material will be packed to conceal it properly and to avoid suspicion as to contents, and to reach destination in satisfactory condition. Internal markings or internal packaging will clearly indicate the classification.  NO NOTATION TO INDICATE CLASSIFICATION WILL APPEAR ON EXTERNAL MARKINGS (EXTERIOR CONTAINERS).  See Section 4 of the National Industrial Security Program Operating Manual (DOD 5220.22M) for complete instructions.

## D.2.  PACKAGING AND MARKING - F.O.B. DESTINATION

All data and material to be shipped under this contract shall be packaged and packed to conform with carrier requirements per FAR Clause 52.247-34, F.O.B. Destination, incorporated by reference in the contract.  The information on the outside of the package shall clearly state the shipping address, contract number, device number, and any other "MARK FOR" information required for easy identification without opening the package.  The interior of the package shall contain the same information.

# SECTION E – INSPECTION AND ACCEPTANCE

## E.1.  MODIFICATION AUTHORITY

Notwithstanding any of the other provisions of this subcontract, the WinTec Vice President shall be the only person authorized to:

    1.  Accept non conforming work;

    2.  Waive any requirements of the subcontract; or

    3.   Modify any term or condition of the subcontract

## E.2.  DATA APPROVAL

When WinTec/Government approval is required, and a suspense time is not provided in the data item or elsewhere in the contract or Task Order, the WinTec/Government shall approve and/or furnish written comments to the Contractor within thirty (30) calendar days after receipt of each data item.  Upon written communication, this suspense time may be extended by mutual agreement between the parties.  In the event resolution cannot be reached and approval furnished and the subcontractor is impacted by nonapproval, the subcontractor shall proceed on the basis of Government comments.  Data will be approved at WinTec's Shalimar, FL office, or as specified in the Task Order Statement of Work.

## E.3.  DD FORM 1423 DATA INSPECTION AND ACCEPTANCE

The Inspection and Acceptance for Data items are as shown on DD Form 1423 attached hereto., or as specified in the PWS with final approval being performed by WinTec's Program Manager.

## E.4. FAR CLAUSES INCORPORATED BY REFERENCE

52.246-4      INSPECTION OF SERVICES--FIXED-PRICE (AUG 1996)

(a) Definitions. "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

(b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no

increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

(e) If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by reperformance, the Government may (1) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and (2) reduce the contract price to reflect the reduced value of the services performed.

(f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may (1) by contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service or (2) terminate the contract for default.

(End of clause)

# SECTION F – DELIVERABLES OR PERFORMANCE

## F.1.  PERIOD OF PERFORMANCE

The period of performance for this subcontract is as follows:

| Year 1 | September 28, 2009 thru September 27, 2010 |
| Year 2 | September 28, 2010 thru September 27, 2011 |
| Year 3 | September 28, 2011 thru September 27, 2012 |
| Year 4 | September 28, 2012 thru September 27, 2013 |
| Year 5 | September 28, 2013 thru September 27, 2014 |

Individual Task Orders issued under this subcontract shall not exceed 12 months for severable services.  Task Order period of performance for non-severable services will be written as necessary to allow completion of the requirement.

## F.2.  PLACE OF PERFORMANCE

Services under this contract are required to be performed at the following locations:  Location(s) will be specified in each individual Task Order issued against this contract.

## F.3.  REQUIRED REPORTS, NOTIFICATIONS AND OTHER DELIVERABLES

In addition to any documentation/deliverables/reports required to satisfy the Statement of Work as outlined in Section C, a narrative monthly status report shall be delivered to WinTec no later than the **7th of each month**.  These may be emailed to Mr. Tom Robbins at robbinst@arrowmaker.com.  The format for these reports is detailed in **Attachment E**.

| No. | Report/Notification | Description | Date Due |
|-----|---------------------|-------------|----------|
| 1 | Monthly Status Report | Section C | 7th of each month |
| 2 | 75% Notification | Due when you have expended 75% or more of the funded amount | Each time 75% expenditure is met |
| 3 | Requests for extension/additional funds | Letter requesting and substantiating need for extension or additional funds | ASAP but not less than 30 days prior to end of project |
| 4 | Deliverable Reports | In accordance with PWS and individual task order requirements | As required |
| 5 | Final Status Reports | Submit in monthly status format and identify as Final report. Include summary of work performed and accomplishments. | NLT 60 days after task order or option year end date |

**F.4.  FAR CLAUSES INCORPORATED BY REFERENCE**

| | | |
|---|---|---|
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-17 | Government Delay Of Work | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |

# SECTION G – CONTRACT ADMINISTRATION DATA

## G.1.  WINTEC POINTS OF CONTACT

| Function | Name | Phone and Fax No. | Email Address |
|---|---|---|---|
| Vice President | Mr. Bernie Bean | 301-203-0774-ph<br>301-203-8049- fax | **beanb@arrowmaker.com** |
| Program Manager | Mr. Tom Robbins | 850-609-7904-ph<br>850-651-7921- fax | **robbinst@arrowmaker.com** |
| Contract Manager | TBD | 301-203-0774-ph<br>301-203-8049- fax | **beanb@arrowmaker.com** |

## G.2.  SELLER POINTS OF CONTACT

| Function | Name | Phone and Fax No. | Email Address |
|---|---|---|---|
| Program Manager | Mr. Jay Fisher | 850-651-2122 x205 | **jay.fisher@macb.com** |
| Contract Administrator | Ms. Moira Logel | 937-426-3421 | **Moira.logel@macb.com** |

## G.3.  ACCOUNTING AND APPROPRIATION DATA

Accounting and appropriation data will be set forth on individual task orders issued hereunder.

## G.4.  PATENT RIGHTS ADMINISTRATION

All documents and information required to be submitted by the subcontractor pursuant to the Patent Rights Clause shall be forwarded to the Contracts Manager.

## G.5.  INVOICING AND PAYMENT

The subcontractor shall segregate and bill separately for work performed under each task order issued under this contract.  Costs of performing work set forth in one task order shall not be chargeable or payable under any other task order.  In addition, if the task order contains multiple CLINS, the subcontractor shall segregate and bill separately for work performed under each CLIN of the task order.  Costs of performing work set forth in one CLIN shall not be chargeable or payable under any other CLIN.

 When back-up documentation is required to support a particular invoice, the subcontractor shall attach the PDF documentation to the invoice.  Backup documentation includes, but is not limited to:

1.  For any travel during the invoiced period, the required information in Section H, Para H-0012, Allowable Travel Costs, shall be submitted along with an expense voucher outlining all travel and charges.

2.  For T&M invoices, include an Excel worksheet electronically that provides the following information:  Position Title /Labor Category / Employee Name / Burdened Hourly Rate / Total Hours Worked for the Month / Total Cost / Cumulative Cost to Date / Cumulative Hours to Date.

Include data that will show the days/hours worked by T&M personnel. Timesheets for hours billed shall be made available to WinTec Arrowmaker/Government at any time during the performance period and for 3 years after completion or termination..

3. For materials purchased in support of a task order, receipts shall be submitted as backup to materials invoiced. The required approval and competitive quotes shall be submitted to the Program Manager at the time of material purchase approval. All materials and equipment purchased with task order funds shall become the property of the Government. Material handling costs shall not be reimbursed, other than shipping or handling costs actually charged to the subcontractor.

The subcontractor may submit billing invoices to **WinTec Arrowmaker, Inc. at 12821 Old Fort Road, Suite 302, Fort Washington, MD, 20744,** monthly based upon the task order period of performance. Payments shall be made within fifteen (15) days of WinTec's receipt of payment from the government or prime contractor. Subcontractor shall include on each invoice a statement "**certifying that the costs billed are complete and accurate, and were incurred solely in the performance of work under this subcontract."**

**The Subcontractor shall submit invoices in accordance with the terms and conditions of this Subcontract. Invoices for reimbursable labor costs shall be submitted on or before the eighth (8th) business day of each month for costs incurred the previous month. Invoices for travel costs shall be submitted on the twelfth (12th) business day of each month for costs incurred the previous month. However, if the 12th business day of the month occurs on a non-business day (i.e. Federal Holidays and weekends), then the invoice shall be submitted on the morning (no later than 10am EST) of the first business day thereafter.**

**Travel invoices shall be submitted with supporting documentation as specified in Section G.5 (1) above including all travel expense receipts of $75.00 or more. At anytime before final payment, WinTec may request an evaluation of any invoice and all its supporting documentation for audit purposes. The evaluation shall not include any Subcontractor proprietary information. Each payment previously made shall be subject to reduction to the extent of amounts that are found not to have been allowable in accordance with the terms and conditions of this Subcontract. This evaluation does not relieve the Subcontract of being audited by the Defense Contract Audit Agency (DCAA).**

Subcontractor may submit any invoice format provided each invoice includes the following:

| Prime Contract No. | | Invoice No. | |
|---|---|---|---|
| WinTec Subcontract No. | | Date Submitted | |
| WinTec Task Order No. | | Period Covered | |
| Period of Performance | | | |
| Clin No. | | | |
| | **Current Period Billing** | **Cumulative Billing** | |
| Other Direct Costs | | | |
| --Travel | | | |
| Total ODC's | | | |

| Total Costs | | |
|---|---|---|

Please note, as per contract specifications, fee is allowable on LABOR ONLY.  Billed subcontractor rates should be actual bid rates in accordance with the proposal submission.

| Year 1 Rates | September 28, 2009 thru September 27, 2010 |
|---|---|
| Year 2 Rates | September 28, 2010 thru September 27, 2011 |
| Year 3 Rates | September 28, 2011 thru September 27, 2012 |
| Year 4 Rates | September 28, 2012 thru September 27, 2013 |
| Year 5 Rates | September 28, 2013 thru September 27, 2014 |

WinTec may withhold payment of any invoice if the subcontractor has not complied with any material requirement of the subcontract.  Said payment will be paid only when WinTec's government customer approves requirement compliance.  Any payment so withheld will not accrue interest.

## G.5.1.  Invoice Address and Distribution

Please send original and one (1) copy of invoice per Subcontract Task Order instructions  each month to:

WinTec Arrowmaker, Inc.
12821 Old Fort Road Suite 302
Fort Washington, MD 20744
Attn:  Contracts Manager
beanb@arrowmaker.com
301-203-0774 phone
301-203-8049 fax

## G.6.  FINAL TASK ORDER INVOICING PROCEDURES

The contractor shall submit a final invoice utilizing Quick Closeout Procedures iaw FAR 42.708 upon completion of each task order performance period.  Within sixty (60) days of TO completion, an authorized representative of the subcontractor shall certify, in writing, to the Contracts Manager that the TO services are complete and all deliverables have been received by WinTec.  Upon receipt of this release, the Contracts Manager in coordination with the Program Manager, will unilaterally de-obligate remaining TO funds.

## G.7.  CONTRACT HOLIDAYS

a.  The prices/costs in Section B (or attachments) of the contract include holiday observances; accordingly, WinTec/Government will not be billed for such holidays, except when services are required by the WinTec/Government and are actually performed on a holiday.  Holidays in addition to those reflected in this contract, which are designated by the Government, would be billable provided the assigned contractor employee was available for performance and was precluded from such holidays.

The following days are contract holidays:
New Year's Day

Martin Luther King Birthday
President's Day
Memorial Day
Independence Day
Labor Day
Columbus Day
Veterans Day
Thanksgiving Day
Christmas Day

Section H - Special Contract Requirements

SECTION H - LOCAL CLAUSES

## H – 0001   AVOIDANCE OF ORGANIZATIONAL CONFLICT OF INTEREST

In order that the Government may prevent (a) conflicting roles which might bias the contractor's judgment or objectivity, (b) unfair competitive advantage to the contractor and (c) the appearance of unfair competitive advantage in Special Operations-related acquisitions, it is agreed by the parties to this contract that the contractor will be restricted in its future contracting with the Government to the extent described below:

a. Due to the all-encompassing involvement in Special Operations-related activities envisioned for the contractor, and the subsequent comprehensive access to valuable and possible competition sensitive information, the contractor shall identify during the period of this contract any direct knowledge that the contractor has gained, or had exposure to, because of this contractual relationship.  A follow-on or sequel to this contract for SETA services is not included in this prohibition.  The contractor may request an exception to this prohibition (or may request to be excluded from competing on specific tasks under this contract) in the best interest of the Government on a case by case basis and only in instances where there is not an appearance that the contractor has an unfair competitive advantage or that the contractor's objectivity may be impaired.  Requests in behalf of subcontractors should be submitted before award of the subcontract.  The Contracting Officer (CO) may deny the request or forward it for consideration to HQ AFSOC/A7K for AFSOC acquisitions or to the Center for Acquisitions and Logistics (SOAL-K) for future USSOCOM acquisitions.  If the CO denies the request, the contractor may appeal the denial to either HQ AFSOC/A7K or SOAL-K as appropriate, stating the grounds for disagreement with the CO's decision.  The HQ AFSOC/A7K or USSOCOM/SOAL-K decision shall be final, not subject to appeal under the Disputes Clause.  See paragraph "h" below for organizations encompassed within this prohibition.

b.  Wherever the contractor's performance of this contract pertains either to specific hardware/software or to a given design approach to a specific requirement, the contractor's parent companies, subsidiaries, and other organizations with which it is affiliated through an ownership or direct financial interest*, if any, shall be precluded from providing to AFSOC or USSOCOM as a prime or subcontractor:

(1)  that hardware/software
(2)  development or analysis of that design; and
(3)  any hardware/software to fulfill that specific requirement

c.  If the contractor in the performance of this contract assists the Air Force or a contractor of the Air Force in the preparation of a Performance Work Statement (PWS), or provides information leading directly, predictably, and without delay to the preparation of a PWS to be used in an Air Force acquisition, it is agreed by the parties that the contractor's parent companies, subsidiaries, and any organization with which the contractor is affiliated through an ownership or direct financial interest* in the other, may be ineligible to participate in any competition to obtain

award of a contract to perform the work described within said PWS as a prime or sub-contractor. This restriction, if established, shall be in effect until award of the next resulting contract.

d.  To the extent that the performance of work under this contract requires or involves access to competition sensitive information as well as possible access to proprietary financial and/or technical data of other companies disclosed to the contractor in confidence, the contractor is required to protect such information/data from unauthorized use or disclosure so long as it remains proprietary and may be required to enter into a bilateral agreement with the originator of such information/data for its protection.  The preceding sentence is not intended to protect alleged proprietary data furnished voluntarily by companies within limitations as to use, or which is available to the Government or contractor without restriction from other sources.  Copies of agreements will be maintained by the contractor for inspection by the Government.  The contractor shall immediately disclose to the CO knowledge of any such prohibited use or attempted use.

e.  The contractor agrees to accept and pursue to completion, all tasks identified hereunder and to ensure that its parents, subsidiaries, or affiliates do not thereafter enter into contractual agreements as prime contractors or first tier subcontractors which would create a conflict within the meaning of this clause, except as follows:  If performance of a task could cause a conflict within the meaning of this clause with a contract or subcontract held by the contractor, its parent, subsidiaries or affiliates, which pre-existed the identification of the task to the contractor, the contractor must disclose the conflict to the CO.  If the CO confirms that the conflict exists, the parties will consider the alternatives available to eliminate the conflict and mutually resolve it considering the relative burdens created by the prospective solutions.

f.  The restrictions in paragraphs b and c above may be waived by the Secretary of the Air Force or a designee upon determination that failure to waive the prohibition would be prejudicial to the government's interest.

g.  A high level of business security must be maintained in order to preserve the integrity of the acquisition process.  The contractor agrees to obtain from each employee engaged in any effort connected with this contract an agreement which shall in substance provide that such an employee, while employed by the contractor or thereafter, will not, so long as it continues to be entitled to protection under recognized legal principles, disclose to others or use for his/her own benefit proprietary, company private, or competition sensitive information received in connection with the work under this contract.  For purposes of this clause, competition sensitive data is oral or written information pertaining to potential acquisitions such as:  internal government program estimates; financial and management plans; acquisition plans; source selection evaluation information (evaluations, audit reports, financial reports, recommendations, rankings, competitive range determinations, technical discussions with acquisition contractors or prospective contractors regarding a potential acquisition).  The transmission of technical or other information shall be conducted only by the CO, superiors having contractual authority, and others specifically authorized by them.

h.  The contractor agrees that any organization participating in the performance of this contract shall be bound as though it were the "contractor" hereunder.  Organizations merely cooperating with the contractor (e.g., providing information) to enable the contractor or its agents to perform

shall not be deemed to be "participating" hereunder.  Thus, this provision shall be incorporated in all subcontracts, teaming arrangements, and other agreements calling for the performance of any requirements under this contract.

i.  Except as specifically provided in this clause, the contractor shall be free to compete for Government business on an equal basis with other companies.

*NOTE:  Cases of doubt shall be submitted to the CO for determination.

## H – 0002      PERIODIC PROGRESS MEETINGS

(a) The contracting officer, quality assurance personnel (QAP) and other government personnel, as appropriate, will
meet periodically with the contractor to review the contractor's performance.  At these meetings, the government will apprise the contractor of the government's assessment of the contractor's performance and the contractor will advise the government of any problems experienced. Contractor will be responsible for documenting meeting minutes and providing copies to participants.

(b) These meetings may be held frequently during the first quarter of contract performance, and quarterly, or as
needed, thereafter.  Meetings will be held at at a location to be determined.

## H – 0003      LIMITATION ON SUBCONTRACTING NOTICE

Clause Removed as applicable to Prime Contractor

## H – 0004      KEY PERSONNEL REQUIREMENTS

a.  Certain skilled experienced professional and/or technical personnel are essential for successful contractor accomplishment of the work to be performed under this contract.  These are defined as "key personnel" and were identified in the contractor's proposal as instructed in Section L of the RFP.  The contractor agrees that such personnel shall not be removed from the contract work or replaced without compliance with the following:

(1) If one or more of the key personnel for whatever reason becomes, or is expected to become, unavailable for work under this contract for a continuous period exceeding 30 workdays, or is expected to devote substantially less effort to the work than indicated in the proposal or initially anticipated, the contractor shall, subject to the concurrence of the CO or his authorized representative, promptly replace such personnel with personnel of at least substantially equal ability and qualifications.

(2) All requests for approval of substitutions hereunder must be in writing and provide a detailed explanation of the circumstances necessitating the proposed substitutions along with the resume of the substitute. The CO or his authorized representative will evaluate such requests and promptly notify the contractor of his approval or disapproval thereof in writing.

**H – 0005        SECURITY CLASSIFICATION**

a. The work contracted for is related to and is connected with National Defense.  No information relating to the work shall be communicated, transmitted, or disclosed to any person not entitled to receive it.  Generally, all contractor personnel assigned to work requiring access to the Local Area Network (LAN) shall require a National Agency Check with Inquiries (NAC-I) .  Security clearance requirements for personnel will be identified in the PWS and DD Form 254, Contract Security Classification Specification.

b. The contractor shall be guided by and safeguard all classified information either generated by or received under the contract in accordance with the DD Form 254, provided as an attachment to the PWS as listed in Section J.  All personnel assigned to work on this contract that require access to classified materials will be required to have or be eligible to attain, at time of award, the appropriate clearance required by the DD Form 254.

**H - 0006        IDENTIFICATION OF GOVERNMENT-FURNISHED PROPERTY**

a. Pursuant to the **"Government Property"** clause herein, the Government will furnish the item(s) of property listed below as Government-Furnished Property to the contractor, F.O.B., for use in performance of this contract.

b. The Government will provide the base support in accordance with Local Clause H-0016.  The Government will furnish or make available to the Contractor any documentation deemed necessary by the Government to accomplish this task.

(1) Workspace/Computers.  The Government will supply workspace, administrative supplies, and a computer (workstation and printer) to the Contractor for completion of duties required in paragraphs 1.4.1 through 1.4.7.  The workspace will have a desk, chair, cabinet for storage, telephone outlet, and access to a bathroom facility.

(2) JTAC, SUAS, and Simulator equipment.  The government will provide adequate BAO, SUAS, and simulator equipment to meet mission requirements.

(3) Training Area Equipment.  The Government will provide BAO equipment, SUAS equipment, batteries, and any other unique equipment required to fulfill mission needs.

c. Applicable Publications and Forms.  Guidance publications and forms that apply to the PWS are listed in the controller read file located at each squadron.  The unclassified portion of the 720 STG controller read file will be provided prior to assumption of duties.  Classified portion of the controller read files remain at the squadrons and will not be distributed outside of squadron policies.

**H-0007        INSURANCE REQUIREMENTS – WORK ON A GOVERNMENT INSTALLATION**

a.  The kinds and minimum amounts of insurance required in accordance with 52.228-5 "Insurance-Work on a Government Installation" are as follows (see FAR 28.307-2):

| Type | Amount |
|------|--------|
| Automobile Liability insurance written on the comprehensive form of policy | $200,000/person and $500,000/occurence for bodily injury, $20,000/occurence for property damage |
| Comprehensive General Liability written on the comprehensive form of policy | $500,000/occurrence for bodily injury |
| Workers Compensation & Occupational Disease | As required by Federal and State Statutes |
| Employer's Liability written on the comprehensive form | $100,000 |

b. Before commencing work under this contract, the contractor shall notify the CO in writing that the required insurance has been obtained. The CO or Contract Administrator (CA) shall be identified as the Certificate Holder on the Certificate of Insurance.  The policies evidencing required insurance shall contain an endorsement to the effect that any cancellation or any material change adversely affecting the Government's interest shall not be effective.   The Certificate of Insurance shall be submitted to the CO within 30 days after contract award or prior to actual commencement of work, whichever comes first.  The Certificate of Insurance must be kept current at all times:

(1) For such period as the laws of the State in which this contract is to be performed prescribe; or

(2) Until 30 days after the insurer or the contractor gives written notice to the CO, whichever period is longer.

c.  The contractor shall insert the substance of this clause, including this paragraph (c), in subcontracts under this contract that require work on a Government installation and shall require subcontractors to provide and maintain the insurance required in the Schedule or elsewhere in the contract. The contractor shall maintain a copy of all subcontractors' proofs of required insurance, and shall make copies available to the CO upon request.

## H – 0008    LIABILITY.

The Government shall not be held responsible for damages to property or for injuries or death to persons that might occur without fault on the part of the Government as a result of, or incident to, performance of the contractor.

Seller assumes any and all risks of personal injury and property damage attributable to the negligent acts or omissions of Seller and the officers, employees, servants, and agents thereof while acting in the scope of their employment by Seller.

## H – 0009    CONTRACTOR IDENTIFICATION

a.  Contractor employees shall wear a **conspicuously displayed corporate identification badge** for easy identification as contractor or subcontractor employees while in Government facilities.

The corporate identification badges shall be worn at all times when contractor employees are collocated on a Government installation or when on temporary duty (TDY) working with other Government personnel.  Subcontractor employees' identification badges shall identify their respective prime contractor.

b.  All contractor and subcontractor employees shall clearly identify themselves as a contractor at all times, including during meetings, telephone conversations, in electronic messages, or correspondence related to this contract.

c.  Contractor-occupied facilities (on Hurlburt Field or other government installations) such as offices, separate rooms, or cubicles must be clearly identified with contractor supplied signs, name plates or other identification, showing that these are work areas for contractor or subcontractor personnel.

d.  Government-issued badges, identification cards, passes, vehicle registration media, and admittance controls are accountable and, as such, are U.S. Government property to be accounted for, protected and returned to the Government.  When a contractor employee leaves the company or moves to a different directorate for support under this contract, the employee shall clear all computer systems to which they have access, turn in all keys or other admittance hardware, and perform **"outprocessing"** procedures with their Contracting Officer Representative (COR).  A statement certifying that all appropriate "outprocessing" has been completed shall be included in the monthly report upon departure of any contractor personnel or at the end of the performance period, to include the turn-in of the CAC Card as required by AFFARS 5352.242-9001.  This responsibility extends to any subcontractors.

## H – 0010      PERSONNEL SUBSTITUTIONS

a. If personnel substitutions are required during the period of performance, the contractor shall provide written justification for the change and resume(s) for new personnel.  The contractor shall ensure that personnel substitutions meet or exceed the stated qualifications and clearance level of the individuals originally proposed for the task.

b. If the personnel substitution is "employee-generated," the contractor shall provide a notice to the CO at least 10 workdays prior to the proposed replacement.  If the substitution is "contractor-generated," the contractor shall provide 30 calendar days' advance notice.  The notice shall state the date and time the position will be vacant, the reason for vacating the task, the anticipated replacement date of personnel, and what management corrective action will be taken to ensure task mission completion.  All personnel substitutions shall be subject to CO approval.  If the Government expends additional effort to orient new personnel and/or performance requirements are delayed or missed, the Government may recoup reasonable consideration.

c.  The Contractor shall retain the right to substitute personnel provided the substitution does not cause a break or lapse in services currently provided to the Government.

d. Removal of Personnel at Government Request:  The CO may require the removal (permanent or temporary) of personnel on this contract for violations/concerns with the following:  work ethic, job performance, business ethics, security, safety, health or upon discovery of fraudulent

resume documentation.  Upon receipt of notification from the CO, the prime contractor has 10 workdays to submit a replacement candidate in accordance with paragraph b. above.  A credit will be issued for vacancies in accordance with verbiage at CLIN 0001 or subsequent Option Period CLIN.

e. Selected Reserve Duty Vacancies:  Personnel substitutions are not required while a Contractor employee performs their scheduled 2-week annual reserve duty unless the contract requires coverage during that time.   If the position requires coverage while the assigned employee performs the 2-week reserve duty, the Contractor shall submit the resume of a qualified candidate to perform the requirement while the assigned employee performs the 2-week reserve duty.  If reserve duty extends beyond the annual 2-week requirement, the Contractor shall fill the position with a qualified candidate approved by the CO.   A "no-cost" LOI shall be submitted to the COR and CO for approval **30 calendar days** prior to departure of the employee to perform scheduled reserve duty.

f. Monthly fixed-priced labor payments will not be reduced while an employee performs their annual 2-week reserve duty unless the Contractor withholds or reduces the employee's regular salary during the 2-week period.  If the Contractor withholds or reduces the employee's regular salary while performing the 2-week reserve duty, a credit shall be provided to the Government in the amount withheld from the employee's salary in accordance with the procedures in CLIN 0001 for accounting for vacancies.  For reserve duty extending beyond the annual 2-week requirement, a vacancy credit shall be provided to the Government until the vacancy is filled with a qualified candidate approved by the CO.

## H – 0011        GOVERNMENT CONTRACTOR RELATIONSHIPS

The Government and the contractor understand and agree that the services to be delivered under this contract by the contractor to the Government are non-personal services.  The parties recognize and agree that no employer - employee relationships exist or will exist under the contract between the Government and contractor and/or between the Government and the contractor's employees.  It is, therefore, in the best interest of the Government to afford the parties a full and complete understanding of their respective obligations.

Contractor personnel under this contract shall not be:

- placed in a position where they are appointed or employed by a Federal Officer, or are under the supervision, direction, or evaluation of a Federal Officer, Military or Civilian.

- placed in a staff or policy-making position.

- placed in a position of command, supervision, administration of control over Military or Civilian Personnel, or personnel of other contractors, or become a part of the Government organization.

- used for the purpose of avoiding manpower ceilings or other personnel rules and regulations or the Civil Service Commission.

- used in administration or supervision of military procurement activities.

The services to be performed under this contract do not require the contractor or its employees to exercise personal judgment and discretion on behalf of the Government, but rather the contractor's employees will act and exercise personal judgment and discretion on behalf of the contractor.

Rules, regulations, directions and requirements which are issued by command authorities under their responsibility for good order, administration, and security are applicable to all personnel who enter the installation, or who travel on Government transportation.  This is not to be construed or interpreted to establish any degree of Government control, which is inconsistent with a non-personal service contract.

In no case shall signs of recognition or appreciation for exceptional performance nor any other statement or action of the Government serve as endorsement of that contractor or its employees, nor shall these actions constitute Government acceptance of the contractor's performance unless made in writing by the CO.  Contractors shall not represent themselves as endorsed by the Government in any manner, including in any marketing or promotional materials.

## H – 0012      ALLOWABLE TRAVEL COSTS

a. The contractor may be required to travel within the contiguous United States and overseas. The contractor shall not perform any travel without direction and approval in advance by the Government.  Reimbursement for travel occurring at the direction of the Government performed in conjunction with a specific authorized trip will be under the Travel CLIN's in Section B of the contract.  Reasonable and allowable contractor costs for travel requirements will be reimbursed. AFSOC policy for rental cars is that only compact car size shall be utilized unless justification is provided in advance.  Conference fees shall be reimbursed under the Travel CLIN. Reimbursement for travel expenses shall be limited to those expenses specifically authorized at FAR 31.205-46.  Billable travel costs are transportation, lodging, and per diem expenses, and receipts are required for lodging and transportation at a minimum.  The contractor shall be responsible for making all travel arrangements and obtaining any passports and/or visas.  The contractor may be required to travel by Government-provided transportation.  When commercial air travel is authorized, the contractor shall utilize coach, tourist, or similar accommodations. Government quarters shall be utilized, when available, to the greatest extent possible.

b. Pursuant to Public Law 99-234, reasonable and allowable contractor costs for transportation associated with the performance of this contract may be reimbursed based upon mileage, rates, actual costs, or a combination thereof.  Lodging, meals, and incidental expenses may be based upon per diem, actual expenses, or a combination thereof, provided the method used results in a reasonable charge.

c. The contractor shall be reimbursed for travel and per diem expenses in accordance with the regulations cited above, not to exceed amounts allowable under the Joint Travel Regulation (JTR), excluding overhead or profit.  Payment shall be made directly to the contractor on a cost-reimbursable basis upon submission of proper invoices and supporting documentation as stated in Section G-5

d. Cited Federal Regulations are not incorporated in their entirety.  It is the contractor's responsibility to adhere to all provisions of cited regulations.

## H – 0013      RIGHTS OF THE GOVERNMENT TO PERFORM FUNCTIONS WITH ITS OWN PERSONNEL

The government reserves the right to perform or supplement performance of contract functions with Government personnel during periods of disaster, war, emergencies, police action, or acts of God.

## H – 0014      GOVERNMENT DOWN TIME
### (Applicable to Contractor Performance on Government Installations)

a. Base Closures Due to Emergencies:

The Wing Commander may direct a base closure of all or part of the base in response to an unforeseen emergency such as, but not limited to, adverse weather, Acts of God such as tornado or hurricane, or a base disaster such as a natural gas leak or fire.  When the directive is issued, contractor personnel may be officially dismissed.  Upon dismissal, contractor personnel shall promptly and appropriately secure all Government-furnished property and evacuate in an expedient but safe manner.  Once evacuated, contractor personnel shall follow the directions in paragraph b of this clause.

Payment Terms:  (1) Firm-Fixed Price - the Contractor shall be reimbursed at the awarded amount unless negotiations change that amount.  If necessary, a time extension may be granted for work delayed by the closure equal to the time of the closure, subject to the availability of funds.  Those contractor personnel that are designated as "mission essential" may be required to work despite the base being closed.

b. Base Closure Notification Procedures:

After an official notification of a base closure at Hurlburt Field (or any other performance location specified in the PWS) by the Wing Commander, the contractor is directed to listen or watch a local news program for notification of the re-opening of the base as no other form of notification of a base re-opening will be issued by the Government.  The contractor is responsible for notifying their employees of the base re-opening.  If the decision to close all or part of the base is made during the duty day, the contractor shall follow the Wing Commander's instructions as transmitted through official notification channels.

c. Base or AFSOC Closure Due to Non-Emergencies:

The HQ AFSOC Commander or Wing Commander may elect to close all or part of the base for non-emergency reasons such as base open house, etc.  In the event of a non-emergency Base or Headquarters closure, the COR and the contractor shall jointly choose a course of action within the following options:

(1) If there is a need for the service during the Base or Headquarters closure and a Government employee will be present, the contractor may continue to work on-site.  Billing for meaningful work shall be at the labor rates established in the contract.

(2) If there is a requirement for work during the base or Headquarters closure but either a Government employee will not be present or access to the work area is not available, the contractor may work off-site provided meaningful work is accomplished.  The contractor shall certify to the Government by letter within five (5) business days of returning to work the nature and scope of the work completed off-site.  Billing for labor in performing meaningful work for Firm Fixed Price work will be paid at awarded rates.

(3) If there is not a requirement for the service during the scheduled Base or Headquarters closure, the contractor shall not work on the Government site or at an off-site location.  The Government may grant a time extension for each order equal to the amount of time of the closure.  Billing for Firm Fixed Price work will be paid at awarded rates.

(4) If a Federally mandated holiday other than those listed in Section G, Para G.7, is granted to Federal employees, contractor employees shall observe the holiday.  Billing for Firm Fixed Price work will be paid at awarded rates.

## H – 0015      COMMUNICATIONS AND COMPUTER SECURITY MONITORING

All communications and computer use with DOD organizations are subject to communications security (COMSEC) or computer security (COMPUSEC) review.  Contractor personnel will be aware that telecommunications networks and computer networks are continually subject to intercept by unfriendly intelligence organizations.  The DOD has authorized the military departments to conduct COMSEC/COMPUSEC monitoring and recording of telephone calls/computer email and network usage originating from or terminating at DOD organizations. Therefore, civilian contractor personnel are advised that any time they place a call to or receive a call from a military organization, and when they utilize government email or networks they are subject to COMSEC/COMPUSEC procedures.  The contractor will assume the responsibility for ensuring wide and frequent dissemination of the above information to all employees utilizing telecommunications or computer networks.

## H – 0016      BASE SUPPORT AT HURLBURT FIELD OR AS SPECIFIED IN THE PWS

The Government will provide base support to the contractor in accordance with the provisions of this clause.  Failure by the contractor to comply with the provisions of this clause will release the Government, without prejudice, from its obligation to provide base support by the date(s) required.  If warranted, and if the contractor has complied with the provisions of this clause, an equitable adjustment will be made if the Government fails to provide base support by the date(s) required.

(a) Base support includes Government-controlled working space, material, equipment, services (including automated data processing), or other support (excluding use of the defense switched network), which the Government determines can be made available at, or through, any Air Force

installation where this contract will be performed.  All Government property in the possession of the contractor, provided through the base support clause, will be used and managed in accordance with the Government property clause.

(b) Support will be provided on a no-fee basis and the value will be part of the Government's contract consideration.

(c) The contractor agrees to immediately report to the CO (with a copy to the COR) inadequacies, defective Government-Furnished Property (GFP), or non-availability of support stipulated in any order issued hereunder, together with a recommended plan for obtaining the required support. The Government will determine (within 10 workdays) the validity and extent of the involved requirement and the method by which it will be fulfilled (e.g., purchase, rental, lease, GFP, etc.). Facilities will not be purchased under this clause.  Additionally, the contractor (or authorized representative) will not purchase, or otherwise furnish any base support requirement provided by the clause (or authorize others to do so) without prior written approval of the CO regarding the price, terms, and conditions of the proposed purchase, or approval of other arrangements.

(d) The Government support to be furnished under this contract:

(1) Adequate office floor space, including electricity, water, sewage, trash removal services, and HVAC.

(2) Appropriate level of telephone service.

(3) Access to technical library service.

(4) PC terminals necessary for task accomplishment.  Because of the nature and location(s) of the work performed, the value of such equipment is indeterminable.

(e) The contractor shall not incur any cost resulting from nonsupport prior to CO concurrence in accordance with the Base Support clause.

(f) The contractor agrees that in the performance of this contract or any major subcontract no direct or indirect costs for property will be incurred if the Government determines that the property is available at, or through, any Air Force or military installation where this contract will/may be performed.  Only the prior written approval of the CO can relieve the contractor from this restriction.

## H – 0017      TRAINING OF CONTRACTOR EMPLOYEES

The subcontractor shall not bill for labor hours or travel costs associated with contractor employee training unless specifically required and authorized in this contract; however, with the CO's approval, contractor employees may be allowed to attend Government-sponsored training at the contractor's expense.

## H - 0018      DISCLOSURE OR RELEASE OF INFORMATION

a. In order to comply with DFARS 252.204-7000, *Disclosure of Information*, copies of the information to be released are required to be mailed to the CO at least 45 days prior to the desired information release date.

b. The subcontractor shall not release to anyone outside the subcontractor's organization any Government information, regardless of medium (e.g., film, tape, and document), pertaining to any part of this subcontract or any program related to this subcontract, unless –
(1) The Program Manager has given prior written approval; or
(2) The information is otherwise in the public domain before the date of release.
c.  Requests for approval shall identify the specific information to be released, the medium to be used, and the purpose for the release.  The subcontractor shall submit its request WinTec at least 45 workdays before the proposed date for release..

d. This restriction applies to all news releases of information to the public, industry, or Government agencies, except as follows:

(1) Information for actual or potential subcontractors or vendors, necessary for the contractor's performance of this contract.

(2) Information to be supplied to a duly authorized representative of the CO.

## H – 0019        OCONUS LOGISTICS SUPPORT PRIVILEGES

a. Logistics Support privileges may be authorized for contractor personnel in overseas locations. Certain of the privileges listed below apply only to mission essential services in overseas areas during military crisis situations in accordance with Special Contract Requirement H-0020, OCONUS Contractor Services Salary Allowances. Authorized logistics support privileges will be within the discretion of the CO but in no event will such support exceed that permitted under the applicable Status of Forces Agreement (SOFA), or other controlling regulations.  Such support to provide adequate logistical/personal benefit coverage may include but not be limited to the following:

(1)        Commissary (includes rationed items)
(2)        AAFES Facility (Military Exchange) (includes rationed items)
(3)        Military Banking Facility
(4)        Military Postal Services - APO (Personal Mail Only)
(5)        Petroleum and Oil Products
(6)        Officer's or Enlisted Club
(7)        Armed Forces Recreation Facilities
(8)        Class VI (alcoholic beverages, includes rationed items)
(9)        Customs Exemption
(10)       Legal Assistance (assistance with making wills and any necessary powers of attorney as permissible under Military Department regulations)
(11)       Local government transportation for official government business (non-tactical vehicle)
(12)       Local Morale/Welfare Recreation Services
(13)       Mortuary Services
(14)       Transient Billets

(15)   POV (privately-owned vehicle) license/registration
(16)   Immunizations (e.g., Anthrax, Smallpox, Typhoid, Hepatitis A) in support of OCONUS (contractors are immunized with the same immunizations as the military commensurate with the requirements of the OCONUS location)
(17)   Geneva Convention Identification Cards (DD Form 489), visas and country clearances and/or "Dog Tags" for identification purposes
(18)   Medical Care.  In accordance with DODI 3020.37, Continuation of Essential DoD Contractor Services During Crises, "contractors in a theater of operations are entitled to the same medical care as military personnel" to include but not be limited to DNA samples, AIDS testing, and medical/dental/psychological examinations prior to deployment.  Contractor employees may receive cost-free military physical examinations upon return from deployment.  Contractor shall comply with requirements in 1 SOMDGI 48-13 for AFSOC deployments *(currently being established)*.

## H – 0020      OCONUS CONTRACTOR SERVICES SALARY ALLOWANCES

a. The following allowances are provided here for informational purposes only.  These allowances apply only to employees on permanent assignment (at the official station of the employee) and are therefore not applicable to contractor employees on detail in OCONUS locations.  The CO will utilize the United States Department of State Standardized Regulations (DSSR) Payment Tables in effect at time of the permanent assignment for negotiating the allowances.

(1) Living Quarters Allowance (LQA).  Under Title 5 U.S.C. 5923, LQA is intended to provide suitable, adequate, living quarters for the employee.  The LQA is not available when government-owned or leased quarters are provided without charge.

(2) Cost of Living Allowance (COLA).  COLA is a cost-of-living allowance under Title 5 U.S.C. 5924 granted to an employee officially stationed at a post in a foreign area where the cost of living, exclusive of quarters costs, is substantially higher than in Washington, D.C., and will be paid in accordance with the DSSR tables applicable to the location.  There is no annual salary ceiling applied to COLA.

(3) Education Allowance - An allowance to assist an employee in meeting the extraordinary and necessary expenses incurred by an employee by reason of service in a foreign area, not otherwise compensated for, in providing adequate elementary and secondary education for dependent children.

b. Nothing herein shall be interpreted to obligate the Government to negotiate a pay premium in excess of statutory limitations applied to federal employees' pay in like circumstances.  Likewise, any pay premium negotiated hereunder which is subsequently determined to be in excess of a statutory limitation applied to federal employees in like circumstances may be declared to have been null and void, subject to disallowance as a reimbursable cost under this contract, and recouped by the Government upon demand by the CO.

## H – 0021      COMPLIANCE WITH APPLICABLE LAWS AND REGULATIONS.

This contract is subject to all relevant statutes, ordinances, laws and regulations of the United States (including Executive Orders of the President) and state (or other public authority).  The contractor shall observe and comply with all applicable state and federal requirements as to Social Security, Workmen's Compensation and employment, and any other matter concerning employment applicable to contract performance.  The contractor shall also abide by and comply with such rules and regulations, directions, or orders, not inconsistent herewith, as may from time to time be issued by the Government.

The contractor shall comply with, and shall ensure that its personnel and its subcontractors and subcontractor personnel at all tiers obey, all existing and future U.S. and Host Nation laws, Federal or DoD regulations, and Central Command orders and directives applicable to personnel in OCONUS locations.

## H – 0022     HURRICANE SEASON

Hurricane season for the state of Florida is normally the period from 1 June through 30 November.  During an actual hurricane condition, you may be contacted by this office and requested to secure equipment and clean up your work area.  In accordance with contract clauses FAR 52.236-12 (Cleaning Up (Apr 1984)) and FAR 52.237-2 (Protection of Government Buildings, Equipment and Vegetation (Apr 1984)), you are required to maintain your work area free of debris and in a safe and secure condition at the completion of each work day, with particular care during the hurricane season.

## H – 0023     WIDE AREA WORKFLOW STATEMENT

Clause Removed as applicable to Prime Contractor

## H – 0024     BASE RECYCLE PROGRAM

The contractor shall support and comply with all requirements of the Hurlburt Field Qualified Recycling Program (QRP) or other locations as appropriate.  The procedures for the collection and handling of applicable recyclable materials are outlined in Hurlburt Field Instruction (HFI) 32-7002, 1 September 2007.

## H - 0025     ACCESS TO SAFETY PRIVILEGE DATA

Contractors may have a legitimate requirement for access to data that is protected by safety privilege, as specified by AFI 91-204, Safety Investigations and Reports, to advance the interest of Air Force safety.  To ensure all personnel covered by this contract are adequately educated to these restrictions and to document acceptance of this responsibility, the following measures will be taken:

- As determined necessary by AFSOC/SE, contractor personnel will receive initial and annual training on requirements of safety privilege using approved courseware.  This training must be documented and access to safety privilege data will be granted after execution of a Non-disclosure Agreement.

- HQ AFSOC/SE will grant contractor access to privilege safety data when a validated requirement is documented.  HQ AFSOC/SE will determine what data will be released to the contractor.

- All products developed by contractors using safety privilege data will be reviewed by HQ AFSOC/SE to determine if the product is a privilege document.  Contractors should attempt to only produce non-safety privilege documents; if the product produced is determined to contain safety privilege information, it will be protected in accordance with the restrictions in AFI 91-204.

- All safety privilege data provided to contractors must be returned to HQ AFSOC/SE when the requirement for access is no longer needed.

## H-0026        USE OF PORTABLE ELECTRONIC DEVICES

1.   No Portable Electronic Device (PED), whether government, personal, corporate, or contractor owned/leased, is permitted in any AFSOC office or building where classified or Controlled Unclassified Information (CUI) is processed, stored or discussed without prior written approval from the respective Wing Information Protection Office and unit/directorate security manager.

2.   Only government-owned/leased PEDs with their transmitting capability properly disabled or controlled by software/hardware counter measures may be used where classified or CUI is processed, stored or discussed. Removing the batteries, powering down or putting a PED into an "airplane mode" (device works but cellular capability is turned off) does not eliminate the threat posed by these devices and does not meet the intent of this paragraph. Proper disabling of any PED will be done by a qualified client support administrator following procedures issued by the command Information Assurance Office (IAO).

3.   As used in this memorandum, PEDs include:

(a) Personal digital assistants (PDAs) (e.g., Research in Motion's Blackberry, Palm Pilot, Cassiopeia devices, etc.)

(b) Laptop/notebook/tablet personal computers (to include wireless components such as keyboards and mice).

(c) Cellular and cordless telephones or any other device incorporating cellular phone technology

(d) Pagers that have a capability to store data, record audio or to transmit information (sometimes referred to as two-way pagers).

(e) Any PED with wireless capability using any combination of the following: radio frequency (RF), infrared (IR), Bluetooth technologies.

(f) Any PED with imaging capability (still or video) to include all types of cameras and portable document scanners.

(g) Any PED with the ability to record audio or any voice memo recording capability (to include iPods MP2/3/4 players, cassette recorders, etc.)

(h) Any PED with digital storage capability (e.g., thumb/flash drives, photo flash drives, memory sticks, external hard drives, pen drives, portable gaming devices, digital photo frames, etc.)

(i) Any other PED of similar capability or design.

4. This policy excludes the following PEDs:

(a) Government-owned and issued land mobile or tactical radios.

(b) Medical, firefighting or police equipment with transmitting or recording capabilities when the bearers of these items are responding to emergencies requiring this equipment.

(c) Devices that only play prerecorded audio or video media (e.g., CD, DVD, tape cassette and video players without recording capability.

(d) Receive-only pagers, Global Positioning System receivers, remote locking devices for automobiles, hearing aids, pacemakers, other implanted medical device, or personal life support systems.

5. Meeting/conference OPRs and visitor sponsors must inform visitors, in advance, of the AFSOC PED policy and require them to leave their PEDs outside the facility.

6. All government-owned PEDs are subject to monitoring IAW AFI 33-219.

7. Enforcement: Failure to adhere to the provisions of this policy and/or AFSSI 8502/AFSOCI 33-202/USSOCOM Directive 380-19 may result in:

(a) Termination of government PED privileges and/or network access to all AFSOC and/or DoD supported networks.

(b) Confiscation or destruction of unauthorized PEDs, or

(c) Other disciplinary and legal penalties as appropriate under the UCMJ or federal law.

8.  Exception:

(a) Waivers of this policy will be granted only on case-by-case basis and will be strictly limited to mission critical situations. Submit waiver request through your respective wing/group IAO to the command IAO for final approval.

(b) Video recorders/cameras may be permitted on a case-by-case basis by commanders/directors for awards and ceremonies only, but they must be controlled and the area sanitized if required.

## H.27.  GOVERNMENT AND WINTEC FURNISHED PROPERTY

WinTec may furnish to the subcontractor for use in the performance of this subcontract such WinTec and/or client owned property and material, as WinTec deems necessary.

A)  Title to all property furnished by the government, either directly or through WinTec, shall remain the property of the Government.  Title to all property purchased by the subcontractor, the cost of which the subcontractor is entitled to be reimbursed as a direct item of cost under this subcontract, shall pass to and vest in the government upon delivery of such property to the subcontractor by the vendor.  Title to other property, the cost of which is reimbursement to the subcontractor under this subcontract, shall pass to and vest in the Government upon (i) issuance for use of such property in the performance of this subcontract, or (ii) commencement of processing or use of such property in the performance of this subcontract, or (iii) reimbursement of the cost thereof by the government, through WinTec, in whole or in part, whichever first occurs.

B)  The subcontractors' obligations for Government owned property, facilities and material is as follows:

> i)  Any or all items of Government property provided to the subcontractor by WinTec are to be inspected upon receipt for possible damages during transit.  Any damages to Government furnished property is to be reported promptly to WinTec, Attention:  Government Property Accountant.

> ii) All Government-furnished property shall be given normal maintenance care and adequately protected while in the subcontractor's possession.

> iii)  If any loss, damage or destruction occurs during the period of time that Government-furnished property is in the subcontractor's possession, WinTec will be notified at once.

> iv)  An annual inventory of all Government property in the subcontractors' possession must be provided to WinTec, Attention:  Government Property Accountant.   A final inventory report is required at the end of the subcontract period of performance.

> v)  Subcontractor assumes all risk of loss, destruction or damage to such property while in Seller's  possession, custody or control, and will not use such property other than in performance of this Contract without WinTec's written consent.

> vi)  WinTec will issue final disposition instructions when applicable.

> vii) All Government-furnished property is to be utilized only on work as specified under this subcontract.

C)  All property fabricated or purchased on the subcontract, title to which rests with the

government, will be subject to the terms of the above paragraph (1).

D)  The subcontractors' obligations for WinTec owned property and material are the same as for Government owned property, but all reports on this type of property are to be routed through WinTec's Program Manager..

E) If the subcontractor ceases to conduct its operations in the normal course of business (including the inability to meet its obligations as they mature), or if any proceeding under the bankruptcy or insolvency laws is brought by or against the subcontractor, or if a receiver or trustee for the subcontractor is appointed or applied for, or if an assignment for the benefits of creditors is made by the subcontractor, WinTec may terminate this subcontract as provided elsewhere and can immediately take possessions of all supplies, equipment, goods, components, or other items of property which WinTec has provided to the subcontractor or which is Government property, or which has been acquired by the subcontractor and for which WinTec has made payment.

F)  All supplies and goods to be delivered by the subcontractor hereunder and all non-expendable property provided by WinTec and/or WinTec's prime contract sponsor shall be returned to WinTec at the completion of the subcontract effort and shall be free and clear of any and all liens and encumbrances whatsoever.

## H.28.  RECEIPT OF PROPRIETARY INFORMATION

"Proprietary Information" shall mean:

A)  That written technical and business information stated by either party in writing to be considered as Proprietary Information, and

B)  That orally disclosed technical information that is promptly reduced to writing and stated by either party in writing to be considered as Proprietary Information.  Statements and documents that identify information as proprietary should reference this subcontract. Each separate page containing proprietary information will be marked "Proprietary" at the top of each page.  Such Proprietary Information shall not include technical and business information which:

   i)  was in the possession of the Receiving Party, its affiliates, divisions, offices, or employees prior to receiving it from the Disclosing Party, or

   ii)  is currently part of the public domain, knowledge or literature, or

   iii)  becomes part of the public domain, knowledge or literature, by acts other than those of the Receiving Party after receipt by the Receiving Party, or

   iv)  is currently or later becomes available to the Receiving Party from a source other than the Disclosing Party, or

v)  is currently or becomes available to a third party (other than WinTec's prime contract sponsor) from the Disclosing Party on an unrestricted basis, or

vi)  is divulged or used with the written approval of the Disclosing Party.

When the Receiving Party receives Proprietary Information from the Disclosing Party, the Receiving Party agrees to treat such Proprietary Information as proprietary for a period of three (3) years' from the date received, and to handle such Proprietary Information with the same degree of care it uses to handle its own Proprietary Information.

When the Receiving Party receives Proprietary Information from the Disclosing Party, it shall use its best efforts not to divulge, in whole or in part, such Proprietary Information to any third party without the prior written consent of the Disclosing Party, but only to the extent and during the period of time that such Proprietary Information is to be treated as proprietary under the foregoing provisions, of this Article.

When the Receiving Party receives Proprietary Information from the Disclosing Party, it shall make no commercial use of any such Proprietary Information in whole or in part, other than that use necessary to meet the requirement of this subcontract, as may from time-to-time be modified, without the prior written consent of the Disclosing Party, but only to extent and during the period of time such information is to be treated as proprietary under the foregoing provisions of this Article.

WinTec and the subcontractor will accept no responsibility of liability for how Proprietary Information is divulged or used by the sponsor of WinTec's prime contract.

Notwithstanding the requirements contained within this Article, the subcontractor shall not release to the public, in any manner, information generated and delivered under this subcontract without the prior review and written approval of WinTec.

## H.29.  TASK ORDER PROCEDURES

a.  Requests for services utilizing this contract will be generated by the requesting organizations and will be forwarded to the subcontractors via a Task Order (TO) issued by the Program Manager.  The TOs will be managed and monitored through the use of Quality Assurance personnel from the appropriate organizations.

b.  The subcontractor shall perform management tasks throughout the period of performance on each TO.  The subcontractor shall be required to submit corrective action plans when necessary. General program management and administrative / program manager labor expenses shall be included in G&A.

c.  Task Order Proposal Procedures.

1.  When WinTec has a requirement for services, the Contract Manager will notify the subcontractors of:  (1) the work to be performed; (2) the desired performance period; and (3) any

other information considered to be of assistance to the subcontractor in preparing a proposal.  TO RFPs shall be written, and may be transmitted by any means including the mail, E-Mail, facsimile or Internet.  The standard method of transmission from WinTec will be via E-Mail.

2.  The TO RFP shall not obligate WinTec to issue TOs under this contract, nor shall it authorize the subcontractor to perform any work pursuant to such TO RFP prior to the subcontractor's receipt of an authorized notice to proceed.  However, WinTec will not solicit the subcontractor for proposals on any effort unless the cognizant finance office has committed the funding for it.  In the event funds have not been certified for a potential effort, WinTec may seek to provide the subcontractors advance notice by disseminating a draft.  Draft TO RFPs will be clearly marked as such.

d.  <u>Authorization to Proceed on TOs</u>.  Issuance of a TO is authorization to commence performance of the task.  The subcontractor is not authorized to commence task performance prior to the issuance of the TO or other written notice provided by the Contracts Manager.

e.  <u>Task Order Completion</u>.  Within sixty (60) days after the completion of TOs, an authorized representative of the subcontractor shall submit a written "Release of Claims" to the Contracts Manager stating all deliverables have been received and accepted by WinTec and the final invoice has been paid.  Upon receipt of this Release, the Contracts Manager is authorized to unilaterally modify the TO to de-obligate remaining funds.

## H.30.  SUBCONTRACTORS RELEASE

Subcontractor and each assignee under an assignment entered under this subcontract and in effect at the time of final payment under this subcontract shall, if required, execute and deliver at the time of and as a condition precedent to final payment under this subcontract, a release discharging WinTec, its officers, agents and employees of and from all liabilities, obligations and claims arising out of or under this subcontract.  The form and terminology for such release will be agreed upon by both parties.

## H.31.  SPECIAL PROVISIONS

I.  ACCEPTANCE

This subcontract is WinTec's offer to subcontractor and acceptance is expressly limited to its terms.  Subcontractor's execution of this subcontract shall conclusively evidence such acceptance.

II.  COMPLETE AGREEMENT

This subcontract, together with Teaming Agreement and Statement of Work and Workshare, dated June 18, 2009 specifications, and drawings incorporated herein by reference (if any) constitutes the entire agreement and understanding between the parties relating to the effort required by this subcontract and the terms and conditions thereof.

III.  SUBCONTRACT CLASSIFICATION

This subcontract document is unclassified.  This subcontract is contingent upon subcontractor meeting security requirements of the DD Form 254 which will be provided separately.

VII.  REPRESENTATIONS AND CERTIFICATIONS

All representations and certifications received from subcontractor are hereby incorporated in the agreement by reference.

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | SEP 2006 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2007 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | DEC 2008 |
| 52.204-2 | Security Requirements | AUG 1996 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.204-7 | Central Contractor Registration | APR 2008 |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | SEP 2007 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | SEP 2006 |
| 52.215-2 | Audit and Records--Negotiation | MAR 2009 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-27 | Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside | MAY 2004 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 2005 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | MAR 2007 |
| 52.222-29 | Notification Of Visa Denial | JUN 2003 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | SEP 2006 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | SEP 2006 |
| 52.222-41 | Service Contract Act Of 1965 | NOV 2007 |

| | | |
|---|---|---|
| 52.222-43 | Fair Labor Standards Act And Service Contract Act - Price Adjustment (Multiple Year And Option) | NOV 2006 |
| 52.222-50 | Combating Trafficking in Persons | FEB 2009 |
| 52.222-54 | Employment Eligibility Verification | JUN 2009 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | AUG 2003 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.224-1 | Privacy Act Notification | APR 1984 |
| 52.224-2 | Privacy Act | APR 1984 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | JUN 2008 |
| 52.227-1 | Authorization and Consent | DEC 2007 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | DEC 2007 |
| 52.227-14 | Rights in Data--General | DEC 2007 |
| 52.228-3 | Worker's Compensation Insurance (Defense Base Act) | APR 1984 |
| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.229-6 | Taxes--Foreign Fixed-Price Contracts | JUN 2003 |
| 52.232-1 | Payments | APR 1984 |
| 52.232-8 | Discounts For Prompt Payment | FEB 2002 |
| 52.232-11 | Extras | APR 1984 |
| 52.232-17 | Interest | OCT 2008 |
| 52.232-22 | Limitation Of Funds | APR 1984 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) -  Alternate I | APR 1984 |
| 52.232-25 | Prompt Payment | OCT 2008 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.233-1 Alt I | Disputes (Jul 2002) -  Alternate I | DEC 1991 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.236-12 | Cleaning Up | APR 1984 |
| 52.237-2 | Protection Of Government Buildings, Equipment, And Vegetation | APR 1984 |
| 52.237-3 | Continuity Of Services | JAN 1991 |
| 52.239-1 | Privacy or Security Safeguards | AUG 1996 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.243-1 Alt I | Changes--Fixed Price (Aug 1987) -  Alternate I | APR 1984 |
| 52.244-6 | Subcontracts for Commercial Items | MAR 2009 |
| 52.245-1 (Dev) | Government Property (June 2007) | JUN 2007 |
| 52.245-1 Alt I | Government Property (Jun 2007) Alternate I | JUN 2007 |
| 52.245-9 | Use And Charges | JUN 2007 |
| 52.246-25 | Limitation Of Liability--Services | FEB 1997 |
| 52.248-1 | Value Engineering | FEB 2000 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | MAY 2004 |

| | | |
|---|---|---|
| 52.249-8 | Default (Fixed-Price Supply & Service) | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7000 | Requirements Relating to Compensation of Former DoD Officials | JAN 2009 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2008 |
| 252.203-7002 | Requirement to Inform Employees of Whistleblower Rights | JAN 2009 |
| 252.204-7000 | Disclosure Of Information | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | SEP 2007 |
| 252.204-7005 | Oral Attestation of Security Responsibilities | NOV 2001 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | DEC 2006 |
| 252.211-7003 | Item Identification and Valuation | AUG 2008 |
| 252.211-7007 | Reporting of Government-Furnished Equipment in the DoD Item Unique Identification (IUID) Registry | NOV 2008 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.223-7006 | Prohibition On Storage And Disposal Of Toxic And Hazardous Materials | APR 1993 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.226-7001 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns | SEP 2004 |
| 252.232-7003 | Electronic Submission of Payment Requests and Receiving Reports | MAR 2008 |
| 252.232-7010 | Levies on Contract Payments | DEC 2006 |
| 252.233-7001 | Choice of Law (Overseas) | JUN 1997 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | JAN 2009 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.217-8    OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract.  These rates may be adjusted only as a result of revisions to

prevailing labor rates provided by the Secretary of Labor.  The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 60 days.

(End of clause)

CLAUSES INCORPORATED BY FULL TEXT

52.217-9    OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 15 days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed <u>66 months</u>.

(End of clause)

52.219-28    POST-AWARD SMALL BUSINESS PROGRAM REREPRESENTATION (APR 2009)

(a) Definitions. As used in this clause--

Long-term contract means a contract of more than five years in duration, including options. However, the term does not include contracts that exceed five years in duration because the period of performance has been extended for a cumulative period not to exceed six months under the clause at 52.217-8, Option to Extend Services, or other appropriate authority.

Small business concern means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (c) of this clause. Such a concern is ``not dominant in its field of operation'' when it does not exercise a controlling or major influence on a national basis in a kind of business activity in which a number of business concerns are primarily engaged. In determining whether dominance exists, consideration shall be given to all appropriate factors, including volume of business, number of employees, financial resources, competitive status or position, ownership or control of materials, processes, patents, license agreements, facilities, sales territory, and nature of business activity.

(b) If the Contractor represented that it was a small business concern prior to award of this contract, the Contractor shall rerepresent its size status according to paragraph (e) of this clause or, if applicable, paragraph (g) of this clause, upon the occurrence of any of the following:

(1) Within 30 days after execution of a novation agreement or within 30 days after modification of the contract to include this clause, if the novation agreement was executed prior to inclusion of this clause in the contract.

(2) Within 30 days after a merger or acquisition that does not require a novation or within 30 days after modification of the contract to include this clause, if the merger or acquisition occurred prior to inclusion of this clause in the contract.

(3) For long-term contracts--

(i) Within 60 to 120 days prior to the end of the fifth year of the contract; and

(ii) Within 60 to 120 days prior to the date specified in the contract for exercising any option thereafter.

(c) The Contractor shall rerepresent its size status in accordance with the size standard in effect at the time of this rerepresentation that corresponds to the North American Industry Classification System (NAICS) code assigned to this contract. The small business size standard corresponding to this NAICS code can be found at http://www.sba.gov/services/contractingopportunities/sizestandardstopics/.

(d) The small business size standard for a Contractor providing a product which it does not manufacture itself, for a contract other than a construction or service contract, is 500 employees.

(e) Except as provided in paragraph (g) of this clause, the Contractor shall make the representation required by paragraph (b) of this clause by validating or updating all its representations in the Online Representations and Certifications Application and its data in the Central Contractor Registration, as necessary, to ensure that they reflect the Contractor's current status. The Contractor shall notify the contracting office in writing within the timeframes specified in paragraph (b) of this clause that the data have been validated or updated, and provide the date of the validation or update.

(f) If the Contractor represented that it was other than a small business concern prior to award of this contract, the Contractor may, but is not required to, take the actions required by paragraphs (e) or (g) of this clause.

(g) If the Contractor does not have representations and certifications in ORCA, or does not have a representation in ORCA for the NAICS code applicable to this contract, the Contractor is required to complete the following rerepresentation and submit it to the contracting office, along with the contract number and the date on which the rerepresentation was completed:

The Contractor represents that it (  ) is, (  ) is not a small business concern under NAICS Code 561210- assigned to contract number _____.

(Contractor to sign and date and insert authorized signer's name and title).

(End of clause)

52.222-42    STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989)

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

THIS STATEMENT IS FOR INFORMATION ONLY:  IT IS NOT A WAGE DETERMINATION

| Employee Class | | Monetary Wage | Fringe Benefit |
|---|---|---|---|
| GS-2181-11 | Pilot SUAS | $27.03 | $8.88 |
| GS-2152-11 | Air Traffic Control Specialist | $27.03 | $8.88 |
| GS-0326-05 | Office Automation Clerk | $14.74 | $ 4.84 |
| GS-0332-04 | Computer Operator | $13.18 | $ 4.33 |
| GS-2181-12 | Airplane Flight Instructor | $32.40 | $10.63 |
| GS-1670-11 | Equipment Specialist (Electrical/Electronic) | $27.03 | $ 8.88 |

(End of clause)

52.232-19    AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (APR 1984)

Funds are not presently available for performance under this contract beyond the funded period of performance .  The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made.  No legal liability on the part of the Government for any payment may arise for performance under this contract beyond the funded period of performance, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

(End of clause)

52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil

(End of clause)

52.252-6    AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense Acquisition Regulation Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

252.204-7006   BILLING INSTRUCTIONS (OCT 2005)

When submitting a request for payment, the Contractor shall--

(a) Identify the contract line item(s) on the payment request that reasonably reflect contract work performance; and

(b) Separately identify a payment amount for each contract line item included in the payment request.

(End of clause)

252.225-7043    ANTITERRORISM/FORCE PROTECTION POLICY FOR DEFENSE CONTRACTORS OUTSIDE THE UNITED STATES (MAR 2006)

(a) Definition. United States, as used in this clause, means, the 50 States, the District of Columbia, and outlying areas.

(b) Except as provided in paragraph (c) of this clause, the Contractor and its subcontractors, if performing or traveling outside the United States under this contract, shall--

(1) Affiliate with the Overseas Security Advisory Council, if the Contractor or subcontractor is a U.S. entity;

(2) Ensure that Contractor and subcontractor personnel who are U.S. nationals and are in-country on a non-transitory basis, register with the U.S. Embassy, and that Contractor and subcontractor personnel who are third country nationals comply with any security related requirements of the Embassy of their nationality;

(3) Provide, to Contractor and subcontractor personnel, antiterrorism/force protection awareness information commensurate with that which the Department of Defense (DoD) provides to its military and civilian personnel and their families, to the extent such information can be made available prior to travel outside the United States; and

(4) Obtain and comply with the most current antiterrorism/force protection guidance for Contractor and subcontractor personnel.

(c) The requirements of this clause do not apply to any subcontractor that is--

(1) A foreign government;

(2) A representative of a foreign government; or

(3) A foreign corporation wholly owned by a foreign government.

(d) Information and guidance pertaining to DoD antiterrorism/force protection can be obtained from https://atep.dtic.mil.

(End of clause)

**5352.201-9101  OMBUDSMAN (JULY 2007)**

(a) An ombudsman has been appointed to hear and facilitate the resolution of concerns from offerors, potential offerors, and others for this acquisition. When requested, the ombudsman will maintain strict confidentiality as to the source of the concern. The existence of the ombudsman does not affect the authority of the program manager, contracting officer, or source selection official. Further, the ombudsman does not participate in the evaluation of proposals, the source selection process, or the adjudication of protests or formal contract disputes. The ombudsman may refer the party to another official who can resolve the concern.

(b) Before consulting with an ombudsman, interested parties must first address their concerns, issues, disagreements, and/or recommendations to the contracting officer for resolution. Consulting an ombudsman does not alter or postpone the timelines for any other processes (e.g., agency level bid protests, GAO bid protests, requests for debriefings, employee-employer actions, contests of OMB Circular A-76 competition performance decisions).

(c) If resolution cannot be made by the contracting officer, concerned parties may contact the Center/MAJCOM ombudsmen Lt Col Eric Brewington, HQ AFSOC/A7K, 427 Cody Avenue, Suite 225, Hurlburt Field, FL 32544; Phone: (850) 884-3990, fax: (850) 884-2476. Concerns, issues, disagreements, and recommendations that cannot be resolved at the MAJCOM/DRU level, may be brought by the concerned party for further consideration to the Air Force ombudsman, Associate Deputy Assistant Secretary (ADAS) (Contracting), SAF/AQC, 1060 Air Force Pentagon, Washington DC 20330-1060, phone number (703) 588-7004, facsimile number (703) 588-1067.

(d) The ombudsman has no authority to render a decision that binds the agency.

(e) Do not contact the ombudsman to request copies of the solicitation, verify offer due date, or clarify technical requirements. Such inquiries shall be directed to the Contracting Officer.

(End of clause)

**5352.204-9000  NOTIFICATION OF GOVERNMENT SECURITY ACTIVITY AND VISITOR GROUP SECURITY AGREEMENTS (APR 2003)**

This contract contains a <u>DD Form 254</u>, DOD Contract Security Classification Specification, and requires performance at a government location in the U.S. or overseas. Prior to beginning operations involving classified information on an installation identified on the <u>DD Form 254</u>, the contractor shall take the following actions:

(a) At least thirty days prior to beginning operations, notify the security police activity shown in the distribution block of the <u>DD Form 254</u> as to:

(1) The name, address, and telephone number of this contract company's representative and designated alternate in the U.S. or overseas area, as appropriate;

(2) The contract number and military contracting command;

(3) The highest classification category of defense information to which contractor employees will have access;

(4) The Air Force installations in the U.S. (in overseas areas, identify only the APO number(s)) where the contract work will be performed;

(5) The date contractor operations will begin on base in the U.S. or in the overseas area;

(6) The estimated completion date of operations on base in the U.S. or in the overseas area; and,

(7) Any changes to information previously provided under this clause.

This requirement is in addition to visit request procedures contained in <u>DOD 5220.22-M</u>, National Industrial Security Program Operating Manual.

(b) Prior to beginning operations involving classified information on an installation identified on the <u>DD Form 254</u> where the contractor is not required to have a facility security clearance, the contractor shall enter into a Visitor Group Security Agreement (or understanding) with the installation commander to ensure that the contractor's security procedures are properly integrated with those of the installation. As a minimum, the agreement shall identify the security actions that will be performed:

(1) By the installation for the contractor, such as providing storage and classified reproduction facilities, guard services, security forms, security inspections under <u>DOD 5220.22-M</u>, classified mail services, security badges, visitor control, and investigating security incidents; and

(2) Jointly by the contractor and the installation, such as packaging and addressing classified transmittals, security checks, internal security controls, and implementing emergency procedures to protect classified material.

(End of clause)

**5352.223-9000  ELIMINATION OF USE OF CLASS I OZONE DEPLETING SUBSTANCES (ODSs) (APR 2003)**

(a) Unless the requiring activity has obtained prior Senior Acquisition Official (SAO) approval, contractors may not:

(1) Provide any service or product with any specification, standard, drawing, or other document that requires the use of a Class I ODS in the test, operation, or maintenance of any system, subsystem, item, component, or process; or

(2) Provide any specification, standard, drawing, or other document that establishes a test, operation, or maintenance requirement that can only be met by use of a Class I ODS.

[Note: This prohibition does not apply to manufacturing.]

(b) For the purposes of Air Force policy, the following products that are pure (i.e., they meet the relevant product specification identified in AFI 32-7086) are Class I ODSs:

(1) Halons: 1011, 1202, 1211, 1301, and 2402;

(2) Chlorofluorocarbons (CFCs): CFC-11, CFC-12, CFC-13, CFC-111, CFC-112, CFC-113, CFC-114, CFC-115, CFC-211, CFC-212, CFC-213, CFC-214, CFC-215, CFC-216, and CFC-217, and the blends R-500, R-501, R-502, and R-503; and

(3) Carbon Tetrachloride, Methyl Chloroform, and Methyl Bromide.

[NOTE: Material that uses one or more of these Class I ODSs as minor constituents do not meet the Air Force definition of a Class I ODS.]

(c) The requiring activity has obtained SAO approval to permit the contractor to use the following Class I ODS(s):

Class I ODS/ Application or Use/Quantity (lbs.) per contract period of performance

None

(d) The offeror/contractor is required to notify the contracting officer if any Class I ODS that is not specifically listed above is required in the test, operation, or maintenance of any system, subsystem, item, component, or process.

(End of clause)

## 5352.223-9001  HEALTH AND SAFETY ON GOVERNMENT INSTALLATIONS (JUN 1997)

(a) In performing work under this contract on a Government installation, the contractor shall:

(1) Comply with the specific health and safety requirements established by this contract;

(2) Comply with the health and safety rules of the Government installation that concern related activities not directly addressed in this contract;

(3) Take all reasonable steps and precautions to prevent accidents and preserve the health and safety of contractor and Government personnel performing or in any way coming in contact with the performance of this contract; and

(4) Take such additional immediate precautions as the contracting officer may reasonably require for health and safety purposes.

(b) The contracting officer may, by written order, direct Air Force Occupational Safety and Health (AFOSH) Standards and/or health/safety standards as may be required in the performance of this contract and any adjustments resulting from such direction will be in accordance with the Changes clause of this contract.

(c) Any violation of these health and safety rules and requirements, unless promptly corrected as directed by the contracting officer, shall be grounds for termination of this contract in accordance with the Default clause of this contract.

(End of clause)

**5352.242-9000 Contractor access to Air Force installations.**

As prescribed in 5342.490-1, insert a clause substantially the same as the following clause in solicitations and contracts:

### CONTRACTOR ACCESS TO AIR FORCE INSTALLATIONS (AUGUST 2007)

(a) The contractor shall obtain base identification and vehicle passes, if required, for all contractor personnel who make frequent visits to or perform work on the Air Force installation(s) cited in the contract. Contractor personnel are required to wear or prominently display installation identification badges or contractor-furnished, contractor identification badges while visiting or performing work on the installation.

(b) The contractor shall submit a written request on company letterhead to the contracting officer listing the following: contract number, location of work site, start and stop dates, and names of employees and subcontractor employees needing access to the base. The letter will also specify the individual(s) authorized to sign for a request for base identification credentials or vehicle passes. The contracting officer will endorse the request and forward it to the issuing base pass and registration office or security police for processing. When reporting to the registration office, the authorized contractor individual(s) should provide a valid driver's license, current vehicle registration, valid vehicle insurance certificate to obtain a vehicle pass.

(c) During performance of the contract, the contractor shall be responsible for obtaining required identification for newly assigned personnel and for prompt return of credentials and vehicle passes for any employee who no longer requires access to the work site.

(d) When work under this contract requires unescorted entry to controlled or restricted areas, the contractor shall comply with *AFI 31-101, Volume 1, The Air Force Installation Security Program, and AFI 31-501, Personnel Security Program Management,* as applicable.

(e) Upon completion or termination of the contract or expiration of the identification passes, the prime contractor shall ensure that all base identification passes issued to employees and subcontractor employees are returned to the issuing office.

(f) Failure to comply with these requirements may result in withholding of final payment.

(End of clause)

**5352.242-9001  COMMON ACCESS CARDS (CACs) FOR CONTRACTOR PERSONNEL (AUG 2004)**

(a) For installation(s)/location(s) cited in the contract, contractors shall ensure Common Access Cards (CACs) are obtained by all contract or subcontract personnel who meet one or both of the following criteria:

(1) Require logical access to Department of Defense computer networks and systems in either:

(i) the unclassified environment; or

(ii) the classified environment where authorized by governing security directives.

(2) Perform work, which requires the use of a CAC for installation entry control or physical access to facilities and buildings.

(b) Contractors and their personnel shall use the following procedures to obtain CACs:

(1) Contractors shall provide a listing of personnel authorized a CAC to the contracting officer. The contracting officer will provide a copy of the listing to the government representative in the local organization designated to authorize issuance of contractor CACs (i.e., "authorizing official").

(2) Contractor personnel on the listing shall each complete and submit a <u>DD Form 1172-2</u> or other authorized DoD electronic form to the authorizing official. The authorizing official will verify the applicant's name against the contractor's listing and return the <u>DD Form 1172-2</u> to the contractor personnel.

(3) Contractor personnel will proceed to the nearest CAC issuance workstation (usually the local Military Personnel Flight (MPF) with the <u>DD Form 1172-2</u> and appropriate documentation to support their identification and/or citizenship. The CAC issuance workstation will then issue the CAC.

(c) While visiting or performing work on installation(s)/location(s), contractor personnel shall wear or prominently display the CAC as required by the governing local policy.

(d) During the performance period of the contract, the contractor shall:

(1) Within 7 working days of any changes to the listing of the contract personnel authorized a CAC, provide an updated listing to the contracting officer who will provide the updated listing to the authorizing official;

(2) Return CACs in accordance with local policy/directives within 7 working days of a change in status for contractor personnel who no longer require logical or physical access;

(3) Return CACs in accordance with local policy/directives within 7 working days following a CACs expiration date; and

(4) Report lost or stolen CACs in accordance with local policy/directives.

(e) Within 7 working days following completion/termination of the contract, the contractor shall return all CACs issued to their personnel to the issuing office or the location specified by local policy/directives.

(f) Failure to comply with these requirements may result in withholding of final payment.

(End of clause)

## Section J - List of Documents, Exhibits and Other Attachments

ATTACHMENTS

| DOCUMENT TYPE | DESCRIPTION | PAGES | DATE |
|---|---|---|---|
| Attachment 1 | Performance Work Statement | 14 | 24 July 09 |
| Attachment 2 | Letter of Identification (LOI) – Official Travel of Government Contractors | 1 | 12 Jun 09 |
| Attachment 3 | DD Form 254 – DoD Contract Security Classification Specification (W/ADD) | 6 | 16 Jun 09 |
| Attachment 4 | DD Form 1423-2 Contract Data Requirements List | 2 | 16 Jun 09 |
| Attachment 5 | Acronyms | 3 | 12 Jun 09 |
| Attachments 6-8 | Wage Determination 2005-3033, 2005- 2393, 2005-2567 | 28 | 26 May 09 26 May 09 7 Jan 09 |